UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CHARLES VIVIANI,

    *on behalf of himself and all others similarly situated,*

           Plaintiff,

v.

WATSON CLINIC LLP,

           Defendant.

Case No. 8:24-cv-02157-SDM-LSG

**NOTICE OF RELATED CASES**

TO THIS HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT, pursuant to Local Rule 1.07(c) of the Rules of the U.S. District Court for the Middle District of Florida, Defendant Watson Clinic, LLP ("Watson") hereby gives notice that the above-captioned case may be related to the following cases:

    1.    *David Thorpe v. Watson Clinic, LLP*, U.S. District Court for the Middle District of Florida, Case No. 8:24-cv-02359-SDM-AAS ("*Thorpe* Class Action").

    2.    *Amy Hall and Rickey Hurst v. Watson Clinic ASC, LLC*, Circuit Court for the Tenth Judicial Circuit in and for Polk County, Florida, Case No. 2024-CA-001767 ("*Hall* Class Action").

3. *Stacy Bartlett v. Watson Clinic ASC, LLC*, Circuit Court for the Tenth Judicial Circuit in and for Polk County, Florida, Case No. 2024-CA-003394. ("*Bartlett* Class Action").

4. *Margaret Mangold and Brenda Hanby v. Watson Clinic ASC, LLC*, Circuit Court for the Tenth Judicial Circuit in and for Polk County, Florida, Case No. 2024-CA-003620. ("*Mangold* Class Action").

This action is related to the *Thorpe, Hall, Bartlett,* and *Mangold* Class Actions in that all are class actions related to a cyberattack against Watson. All putative class members and aggrieved class members are the same. All of the actions involve similar claims and arise from the same set of operative facts.

The *Thorpe* Class Action asserts the following causes of action:

1. Negligence;

2. Negligence per se;

3. Breach of fiduciary duty;

4. Breach of implied contract;

5. Invasion of Privacy; and

6. Unjust Enrichment.

The *Hall* Class Action asserts the following causes of action:

1. Negligence;

2. Breach of implied contract;

3. Breach of fiduciary duty; and

4. Unjust enrichment.

The *Bartlett* Class Action asserts the following causes of action:

1. Negligence; and

2. Breach of fiduciary duty.

The *Mangold* Class Action asserts the following causes of action:

1. Negligence;

2. Breach of implied contract;

3. Negligence per se;

4. Breach of fiduciary duty; and

5. Unjust enrichment.

The instant Action includes claims for the following causes of action:

1. Negligence;

2. Breach of implied contract;

3. Breach of fiduciary duty; and

4. Violation of the Florida Deceptive and Unfair Trade Practices Act, Fla. Stat. § 501.201, et seq.

The above-captioned case and the *Thorpe, Hall, Bartlett,* and *Mangold* Class Actions are related to each other in that they involve similar questions of fact and law.

Dated: November 7, 2024

[SIGNATURES ON NEXT PAGE]

4892-9695-0262

Respectfully submitted,

/s/ *Alfred J. Saikali*
Alfred J. Saikali
Florida Bar No. 0178195
E-Mail: asaikali@shb.com
Jennifer A. McLoone
Florida Bar No. 029234
E-Mail: jmcloone@shb.com
**SHOOK, HARDY & BACON L.L.P.**
Citigroup Center, Suite 3200
201 South Biscayne Boulevard
Miami, FL 33131-4332
Telephone: (305) 358-5171
Facsimile: (305) 358-7470

*Counsel for Watson Clinic LLP*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 7, 2024 I electronically filed a copy of the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record identified on the Service List below in the manner specified, either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

/s/ *Alfred J. Saikali*
Alfred J. Saikali

4892-9695-0262

6

**SERVICE LIST**
**Case No. 8:24-cv-02157-SDM-LSG**

Patrick A. Barthle, II, Esquire
MORGAN & MORGAN
Complex Litigation group
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
T: 813.229.4023  | F: 813-222-4708
E: pbarthle@ForThePeople.com

Ryan D. Maxey, Esquire
MAXEY LAW FIRM, P.A.
107 N. 11th Street
Suite 402
Tampa, FL 33602
T: 813.448.1125
E: ryan@maxeyfirm.com

***Attorneys for Plaintiff and the Proposed Class***

6

4892-9695-0262